

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:  01-12-01010-CR

Style:  Ronald Lucero

**v** The State of Texas

Date motion filed[*]:  March 14, 2013

Type of motion:  Motion to stay the issuance of the mandate

Party filing motion:  Appellant

Document to be filed:

Is appeal accelerated? No

If motion to extend time:
    Original due date:
    Number of previous extensions:    Current Due date:
    Date Requested:

Ordered that motion is:

☐    Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☑    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

**According to Lucero's motion, he has not yet filed a petition for discretionary review; any order on the motion would therefore be premature. Further, because this is not an accelerated appeal, our mandate will not issue until after the Court of Criminal Appeals resolves any timely-filed petition for discretionary review.** *See* TEX. R. APP. P. 18.1, 18.6.

Judge's signature:/s/ Harvey Brown
    ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: March 21, 2013
November 7, 2008 Revision